**SIXUAN PAN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–73772.**

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2012.*

Filed July 23, 2012.

Sixuan Pan, Temple City, CA, pro se.

Nehal Kamani, OIL, Kohsei Ugumori, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Sixuan Pan, a native and citizen of China, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review, and we remand.

The BIA did not have the benefit of our decision in *Hu v. Holder*, 652 F.3d 1011 (9th Cir.2011), at the time it reviewed Pan's appeal. Accordingly, we grant Pan's petition for review and remand for the BIA to consider in the first instance the impact, if any, of *Hu* on Pan's claims for asylum, withholding of removal, and CAT relief. *See INS v. Ventura*, 537 U.S. 12, 16–18, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED; REMANDED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.